IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER WINGARD, as the Administrator of the Estate of Beverly Wingard, deceased;    Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) CIVIL ACT. NO. 1:11cv45-WKW<br>) (WO) |
| LF KRONOBERG, *et al.*,    Defendants. | )<br>)<br>)<br>) |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time (doc. # 22) filed on September 21, 2011. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 22) be and is hereby GRANTED. The defendant's time for responding to discovery be and is hereby EXTENDED by twenty (20) days.

Done this 22nd day of September 2011.

                                             /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE